**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BEASLEY, DAVID L<br>BEASLEY, CARMELLA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-02492 CAD<br><br>JUDGE CAROL A. DOYLE |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 742
   Chicago, Illinois 60604

   on: **November 6, 2008**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                   $         2,192.09

   b. Disbursements                              $             0.00

   c. Net Cash Available for Distribution        $         2,192.09

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $548.02 | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $46,312.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.55%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | CHASE BANK USA | $ 20,289.64 | $ 720.27 |
| 3 | CHASE BANK USA | $ 2,245.03 | $ 79.70 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 760.32 | $ 26.99 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 3,596.27 | $ 127.67 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 3,773.09 | $ 133.94 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 15,648.12 | $ 555.50 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: checking account, household goods and furnishings, 2006 Dodge Caravan, 2000 Kia Sportage, bedroom set, couch, TV, computer, pictures, and ½ interest in Nevada property.

Dated: **September 30, 2008**                For the Court,

By: **KENNETH S. GARDNER**

        Kenneth S. Gardner
        Clerk of the United States Bankruptcy Court
        219 S. Dearborn Street; 7th Floor
        Chicago, IL  60604

Trustee:  GLENN R. HEYMAN
Address:  135 S. LaSalle Street, #3705
Chicago, IL  60603
Phone No.:  (312) 641-6777

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                   Page 1 of 1                  Date Rcvd: Sep 30, 2008
Case: 08-02492                Form ID: pdf002               Total Served: 30


The following entities were served by first class mail on Oct 02, 2008.
db            David L Beasley,    6310 West Highland,    Chicago, IL 60646-3706
jdb           Carmella A Beasley,    6310 West Highland,    Chicago, IL 60646-3706
aty          +Lorraine M Greenberg,    Lorraine Greenberg & Associates LLC,    20 E Jackson Blvd,   Suite 800,
               Chicago, IL 60604-2208
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
12247348     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12080915     +COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,    118 NORTH CLARK STREET - ROOM 112,
               CHICAGO, IL 60602-1332
11925930      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
11925931     +Chrysler Financial,    PO Box 551080,    Jacksonville, FL 32255-1080
11925932      Chrysler Financial,    PO Box 9223,    Farmington, MI 48333-9223
11925933     +Citibank / Sears,    P.O. Box 20363,    Kansas City, MO 64195-0363
11925934      Citibank / Sears,    P.O. Box 2964,    The Lakes, NV 88901-6924
11938382     +Citibank/Sears,    PO Box 6924,    The Lakes, NV 88901-6924
11925935      Citifinancial,    PO Box 22060,    Tempe, AZ 85285-2060
11925936     +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
11925937      Cook County Collector,    P.O. Box 803359,    Chicago, IL 60680-3358
11938383     +Fia Csna,    Merrill Lynch Credit card Services,    PO Box 15026,    Wilmington, DE 19850-5026
11925938     +Fia Csna,    Po Box 17054,    Wilmington, DE 19884-0001
11925940     +Fremont Investment & Loan,    3110 E. Guasti Rd. Suite 500,    Ontario, CA 91761-1228
11925939      Fremont Investment & Loan,    Attn: Customer Service RLSC,    PO Box 19030,
               San Bernardino, CA 92423-9030
11925942      HSBC / Best Buy,    Po Box 15521,    Wilmington, DE 19850-5521
11925943     +HSBC/Carsons,    PO Box 15521,    Wilmington, DE 19850-5521
11925944      HSBC/Menards,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
11925941      Home Depot Credit Services,    Attn: Bankruptcy,    P.O. Box 689100,    Des Moines, IA 50368-9100
11925945      Merrill Lynch Credit Card Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
11938384     +Resurrection Healthcare,    Resurrection Medical Center,    PO Box 220281,    Chicago, IL 60622-0281
11925946      Sears,    PO Box 6924,    The Lakes, NV 88901-6924
11925947      United Mileage Plus,    PO Box 15298,    Wilmington, DE 19850-5298
11925948     +Wfnnb/harlem Furniture,    Po Box 2974,    Shawnee Mission, KS 66201-1374

The following entities were served by electronic transmission on Oct 01, 2008.
12451905     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2008 09:06:58
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12352188      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 02, 2008**                              **Signature:**    _/s/ Joseph Speetjens_