# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-02492 CAD | Trustee: | GLENN R. HEYMAN (330360) |
| --- | --- | --- | --- |
| Case Name: | BEASLEY, DAVID L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BEASLEY, CARMELLA | Account: | ***_-*****25-65 - Money Market Account |
| Taxpayer ID #: | 13-7598558 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/22/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/24/08 | {10} | David and Carmella Beasley | Unexempt portion of 2007 US and IL tax refunds | 1124-000 | 2,191.00 | | 2,191.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.02 | | 2,191.02 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.27 | | 2,191.29 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.27 | | 2,191.56 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.27 | | 2,191.83 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 2,192.09 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.28 | | 2,192.37 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.23 | | 2,192.60 |
| 11/07/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 0.04 | | 2,192.64 |
| 11/07/08 | | To Account #*********2566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 2,192.64 | 0.00 |

| | | |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 2,192.64 | 2,192.64 |
| Less: Bank Transfers | 0.00 | 2,192.64 |
| **Subtotal** | 2,192.64 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$2,192.64** | **$0.00** |

Money Market Account Balance: $0.00

{} Asset reference(s)

EXHIBIT B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-02492 CAD | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | BEASLEY, DAVID L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BEASLEY, CARMELLA | Account: | ***-*****25-66 - Checking Account |
| Taxpayer ID #: | 13-7598558 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/22/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/07/08 | 101 | From Account #*********2565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 2,192.64 | | 2,192.64 |
| 11/10/08 | 102 | GLENN R. HEYMAN | Dividend paid 100.00% on $548.02, Trustee Compensation; Reference: | 2100-000 | | 548.02 | 1,644.62 |
| 11/10/08 | 103 | CHASE BANK USA | Dividend paid 3.55% on $20,289.64; Claim# 2; Filed: $20,289.64; Reference: | 7100-000 | | 720.51 | 924.11 |
| 11/10/08 | 104 | CHASE BANK USA | Dividend paid 3.55% on $2,245.03; Claim# 3; Filed: $2,245.03; Reference: | 7100-000 | | 79.72 | 844.39 |
| 11/10/08 | 105 | LVNV Funding LLC its successors and assigns as | Dividend paid 3.55% on $760.32; Claim# 4; Filed: $760.32; Reference: | 7100-000 | | 27.00 | 817.39 |
| 11/10/08 | 106 | LVNV Funding LLC its successors and assigns as | Dividend paid 3.55% on $3,596.27; Claim# 5; Filed: $3,596.27; Reference: | 7100-000 | | 127.71 | 689.68 |
| 11/10/08 | 107 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 3.55% on $3,773.09; Claim# 6; Filed: $3,773.09; Reference: | 7100-000 | | 133.99 | 555.69 |
| 11/10/08 | | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 3.55% on $15,648.12; Claim# 7; Filed: $15,648.12; Reference: | 7100-000 | | 555.69 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 2,192.64 | 2,192.64 | 0.00 |
| | | Less: Bank Transfers | | | 2,192.64 | 0.00 | |
| | | Subtotal | | | 0.00 | 2,192.64 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $2,192.64 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-02492 CAD |
| **Case Name:** | BEASLEY, DAVID L |
| | BEASLEY, CARMELLA |
| **Taxpayer ID #:** | 13-7598558 |
| **Period Ending:** | 12/22/08 |

| | |
|---|---|
| **Trustee:** | GLENN R. HEYMAN (330360) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****25-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****25-65 | 2,192.64 | 0.00 | 0.00 |
| Checking # ***-*****25-66 | 0.00 | 2,192.64 | 0.00 |
| | $2,192.64 | $2,192.64 | $0.00 |